<div style="text-align:center">

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

</div>

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and fifteen,

_____

| | |
|---|---|
| Allstate Insurance Company | **ORDER** |
| | Docket Number: 15-1569 |
| v. | |
| Tvildiani | |

_____

The Court's Order directing a Pre-Argument Conference with Circuit Mediator **Lisa Greenberg**, on July 22, 2015, is hereby VACATED.

<div style="margin-left:50%">

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

</div>

